RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE _/ , // , 2010_
BY _____

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| JOHN A. BUELOW | CIVIL ACTION NO.  09-0806 |
| VERSUS | JUDGE ROBERT G. JAMES |
| GARDNER DENVER, INC., AND GARDNER DENVER THOMAS, INC. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of Magistrate Judge Hayes previously filed herein [Doc. No. 21], and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 8] filed by defendants Gardner Denver, Inc., and Gardner Denver Thomas, Inc., is GRANTED, and judgment entered in favor of defendants, declaring that the Gardner Plan is an "employee welfare benefit plan" governed by ERISA, that plaintiff's claims are completely and conflict preempted by ERISA, and that the decision of the Plan Administrator is subject to review for abuse of discretion.  FED. R. CIV. P. 56.

MONROE, LOUISIANA, this _11_ day of January, 2010.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE